# EXHIBIT 1

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA                                    CIVIL ACTION

UNIQUE WAY OF LIFE, LLC, a Florida
limited liability company, dba Trike Tours USA

      Plaintiff,

v.                                                        CASE NO. 24-CA-

HISCOX INSURANCE COMPANY INC., a
foreign corporation,

      Defendant.

_____/

### VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, UNIQUE WAY OF LIFE, LLC, a Florida limited liability company, dba Trike Tours USA, by and through the undersigned counsel, pursuant to §624.155(b)(1), Fla. Stat., and sues the Defendant, HISCOX INSURANCE COMPANY INC., a foreign corporation, and as grounds therefore, states as follows:

### Parties, Jurisdiction and Venue

1. This is an action for damages in excess of $50,000.00.

2. Plaintiff, UNIQUE WAY OF LIFE, LLC, dba Trike Tours USA, a registered fictitious name ("Plaintiff" or "UWOL"), is a limited liability company organized under the laws of the state of Florida, with its principal place of business in Collier County.

3. Defendant, HISCOX INSURANCE COMPANY INC. ("Defendant" or "HISCOX"), is a foreign corporation, with its principal place of business in Cook County, Illinois, which at all relevant times to this Complaint, offers insurance policies to Florida businesses, including the Plaintiff.

4. Venue is proper in Collier County, Florida under Fla. Stat. §47.011 and Fla. Stat. §47.041 because the cause of action accrued in Collier County, Florida.

1

**Background**

5.  The Defendant, while engaging in the business of insurance in the State of Florida, is required to follow and/or comply with all Florida Insurance Code Statutes and regulations promulgated by the legislature and the Florida Department of Financial Services.

6.  On or about December 15, 2021, Plaintiff purchased Commercial General Liability Coverage from Defendant, Policy No.: UDC-5037253-CGL-21 (the "Policy"). A copy is attached hereto as Exhibit "A".

7.  In exchange for, and in consideration of, premiums paid by the Plaintiffs, the Defendant promised to insure the Plaintiff's business premises, property, and operations, located at 1200 5th Ave S, Suite 123, Naples, FL 34102.

8.  The Plaintiffs paid all premiums for the Policy, and the Policy was ostensibly in full force and effect at all relevant times herein, though the Defendant subsequently gave notice on June 29, 2024, of its decision to rescind and retroactively decline coverage based upon its spurious findings of "material misrepresentations" in the Plaintiff's insurance application. *See Notice of Policy Rescission Coverage Declination* dated June 29, 2024, attached hereto as Exhibit "D".

9.  The Plaintiff sustained substantial damage to the business premises and personal property in a fire on or about October 7, 2022 (the "Loss"), which according to the terms and conditions of the policy, was a covered peril. A detailed list of the damaged property is attached hereto as Exhibit "B".

10. The Defendant failed to conduct its investigation in good faith, and instead, denied the Plaintiff's claim based upon incorrect and/or irrelevant information regarding the Plaintiff's trade name and the nature of the business. A copy of the denial letter dated December 21, 2022, is attached hereto as Exhibit "C".

2

11. To wit, when the Plaintiff applied for the aforementioned insurance policy, it was required to choose from a limited list of descriptions, and the insurance company agent instructed the Plaintiff to choose the option most closely related to the Plaintiff's business.

12. As the Plaintiff offers guided electric scooter tours of downtown Naples, Florida, as its sole function, the most closely related option was "travel agency", rather than tour company.

13. The Plaintiff has registered several fictitious names, including Trike Tours USA, under which it does business.

14. The Plaintiff timely filed a claim with the Defendant on or about October 11, 2022.

15. The Defendant denied the Plaintiff's claim on December 21, 2022, claiming that, "The insured is conducting business under Trike Tours USA for the trike tours is outside of the insured scope of work as a travel agency", notwithstanding the fact that the tours are the very business for which the Plaintiff applied and paid the premiums of the Policy. *See* denial letter, p. 2.

16. The Defendant's notification of denial outlines the following alleged "misrepresentations":

   a. Unique Way Of Life LLC advised that its primary type of business was a "Travel Agency," when it performed no such travel agency services;

   b. Unique Way Of Life LLC was operating its business as Trike Tours USA, which was not a disclosed entity;

   c. Unique Way Of Life LLC answered "No" when asked whether it performed any additional services apart from the primary service; and

   d. Importantly, Unique Way Of Life LLC answered "No" when asked if you or your business supply, manufacture, or distribute any tangible goods or products.

17. In reality, none of the above are misrepresentations; rather:

   a. UWOL was instructed by the insurance agent to select the closest option to its

3

business description; travel agency was the closest option to tour company;

b.  Trike Tours USA is not an entity; it is a registered fictitious name of the Plaintiff;

c.  Guided tours of Naples, Florida are the primary service—they are not additional;

d.  This is correct—the Plaintiff does not supply, manufacture, or distribute any tangible goods or products, within the understanding of its principal, in completing the application. However, the Defendant has taken the position that because customers of UWOL utilize electric scooters owned by the Plaintiff in guided tours, it therefore "supplies" tangible goods, despite the fact that the policy does not define the term.

18. An insurance contract is a contract of adhesion and should be construed in the light most favorable to the insured.

19. All conditions precedent to the filing of this action have been met or waived.

20. The Plaintiff has retained the undersigned law firm, agreed to pay a reasonable fee for its services, and demands recovery of the same from the Defendant.

## Count I – Breach of Contract

21. This is an action for breach of contract, pursuant to §624.155(b)(1), Fla. Stat.

22. The Policy was a valid contract between the Plaintiff and the Defendant.

23. The Defendant's actions in denying the Plaintiff's valid claim based upon incorrect and/or irrelevant information regarding the Plaintiff's trade name and the nature of the business was a material breach of the contract.

24.  The Defendant's actions in giving notice on June 29, 2024, of its decision to rescind and retroactively decline coverage based upon its spurious findings of "material misrepresentations" in the Plaintiff's insurance application was a material breach of the contract.

4

25. The above breaches of the contract by the Defendant were the direct and proximate cause of damages to the Plaintiff, which it continues to suffer.

WHEREFORE, Plaintiff requests judgement for damages, pre-judgment interest, attorney fees, costs and any other relief that is deemed just and necessary against Defendant HISCOX INSURANCE COMPANY INC., a foreign corporation.

### **Jury Trial Demand**

Plaintiff UNIQUE WAY OF LIFE, LLC, hereby demands trial by jury as to all issues so triable.

### **Verification**

**Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.**

UNIQUE WAY OF LIFE, LLC

DocuSigned by:

*Cody knight*                                    10/31/2024

F4AC06C707ED4CF...

By: Cody Knight, Manager            Date

Respectfully submitted this 2nd day of November 2024.

McGuire Law & Title, P.A.
Counsel for Plaintiff
PO Box 60205
Fort Myers, FL 33906
Phone (239) 939-2222
Fax (239) 939-2280

By: *Stephen N. McGuire II*
Stephen N. McGuire II, Esq.
Florida Bar No.: 102755
smcguire@cmw.law



# A Guide To Your General Liability Policy

The following is a guide to your General Liability policy. We have identified several key coverage items along with the limits and deductibles you have selected. To make it easier, we have also added a brief explanation of those items.

We want you to feel confident about your new policy. If any of the information below is incorrect or if you have any questions, please contact one of our advisors at 888-202-3007 (Mon-Fri, 7am-10pm EST) or manage your policy at: www.hiscox.com/manage-your-policy.

## Your business details

| | |
|---|---|
| **Name:** | Cody Knight |
| **Business Name:** | Unique Way Of Life LLC |
| **Address:** | 1200 5th Ave S<br>Suite 123 |
| **City:** | Naples |
| **State:** | FL |
| **Zip code:** | 34102 |
| **Occupation:** | Travel Agency |
| **Telephone number:** | 239-317-9558 |
| **Email address:** | triketoursusa@gmail.com |

## Your General Liability Policy

| | |
|---|---|
| **Policy number:** | UDC-5037253-CGL-21 |
| **Policy effective dates:**<br>This determines the time period during which your coverage applies. | From:   December 15, 2021<br>To:      December 15, 2022 |
| **Form of business:**<br>This identifies the legal structure of your business and determines who is insured under your policy. | Limited Liability Company |
| **Business Property and Equipment Coverage:** | Included |
| **Optional terrorism coverage:** | Included |
| **Total cost of policy:** | $ 870.00 |

## Your coverage and limits

| | |
|---|---|
| **Each occurrence limit**<br>The most we will pay for all damages due to bodily injury and property damage, and medical expenses that arise out of any one occurrence. Defense costs we incur, in the defense of a lawsuit filed against you, will not reduce this limit. | $ 1,000,000 |

| | |
|---|---|
| **General aggregate limit** The most we will pay for all damages and medical expenses for the entire policy. Defense costs we incur, in the defense of a lawsuit filed against you, will not reduce this limit. | $ 2,000,000 |
| **Damage to premises rented to you** The most we will pay for your liability for damage by fire to premises rented to you. This limit also applies to your liability to premises you rent for a period of 7 or fewer consecutive days. If you are a home-based business, this coverage does not apply to damage to your home. | $ 100,000 any one premises |
| **Your limits for this Business Property and Equipment Coverage** The most we will pay (per occurrence) for loss or damage to your business equipment and property (e.g. computers, furniture) at the listed premise(s). | $ 25,000 |
| **Medical expenses** The most we will pay for all medical expenses sustained by any one person. | $ 5,000 any one person |
| **Personal and advertising injury limit** The most we will pay for all personal and advertising injury(e.g., libel, slander) sustained by any one person or organization. | $ 1,000,000 any one person or organization |
| **Deductible for General Liability Coverage** No deductible applies to the general liability portion of your policy so you are not required to make any payments in the events of such claims. | No deductible |
| **Deductible for Business Property and Equipment Coverage** The amount you must pay for business property and equipment losses covered under the policy before the policy makes any payments. | $ 500 |

## Other policy information

**14 day full refund**
Be confident that you have made the right choice. We give you 14 days to review your policy. If you are not satisfied and have not had any claims or losses, you can cancel your policy back to its start date and receive a full refund.

**Notice of claim**
If you have a claim, please call us at 866-424-8508. You may also e-mail us at reportaclaim@hiscox.com

**What does my General Liability Policy cover?**
For a summary showing examples of what you are and are not covered for, please read the Coverage Summary document.

This guide does not modify the terms and conditions of your policy, which are contained in your policy documents, nor does it imply any claim is covered or not covered. We recommend that you read your policy documents to learn the details of your coverage.



Reinventing Small Business Insurance®

# General Liability Coverage Summary

We want you to understand the Hiscox General Liability coverage. This summary explains the main areas of coverage and exclusions.

If you have any questions about your coverage, please contact one of our advisors at 888-202-3007 (Mon-Fri, 8am-10pm EST). Or, you can **manage your policy** by visiting https://www.hiscox.com/manage-your-policy.

## ☑ This policy does cover

**Bodily injury or property damage**
To the extent you are legally liable, we cover damages and claims expenses if you injure a third-party or damage someone else's property.  However, damage to premises you rent is only covered if caused by fire or if the premises is rented to you for a period of 7 or fewer consecutive days.

**Medical payments**
We will make medical payments as a result of bodily injury that occurs in the course of your business operations, regardless of fault.

**Defense costs**
If you're sued, even if you're not at fault, we will appoint an attorney to defend you, even if the lawsuit is groundless. We will pay these defense costs on your behalf.

**Personal and advertising injury**
We cover claims of libel and slander that are not part of your professional services.  We also protect you if your advertisement unintentionally uses a third party's advertising idea or infringes upon another's copyright. We do not provide this coverage to marketing or PR professionals, research consultants, graphic designers, lawyers,  recruiters, real estate agents/brokers or property managers.

**Electronic data liability**
Specifically added for consultants and technology service providers, Hiscox covers your liability for damage  to someone's electronic data resulting from the physical damage of property. We provide up to $25,000
of coverage.

**Worldwide insurance coverage**
We cover damage that occurs in the United States, its territories and Canada. We also offer some coverage for instances outside these areas while you're away on short periods of travel.

**Employees or temporary staff**
Hiscox will cover claims arising from your employees' or temporary staff's actions if they were performed on  behalf of your business.

**Supplemental payments**
Your Hiscox policy covers the following expenses, should they be incurred, without reducing your limit of liability:
- All expenses we incur, including the defense of lawsuits
- Up to $250 a day for reasonable expenses (including loss of earnings) you incur as a result of assisting us in the defense of a claim or lawsuit
- Interest on damage awards

**Business personal property**
We cover loss or damage to your business personal property (e.g., computers, printers, tablets, and office furniture) on premises. We also provide up to $2,500 in coverage for property off-premises, such as laptops, mobile phones, tools and other equipment.

## This policy does not cover

**Intent to injure**
We won't cover you for any act that occurs with the intent to injure. This includes personal and advertising injuries if you knew your actions were false or violated the rights of others.

**Outside the policy period**
We won't cover claims for bodily injury, property damage, or personal and advertising injury that do not occur during the policy period.

**Known claims and circumstances**
We won't cover your business for any claim or circumstance that could result in a claim you knew about prior to the start of your first Hiscox policy.

**Personally identifiable information**
We won't cover your failure to protect any personally identifiable information that is in your care.

**Professional services**
We won't cover any professional services performed by you. These types of risks may be covered as part of our Professional Liability Policy.

**Vehicles and boats**
We won't cover any claims arising out of the ownership or use of an automobile or a watercraft.

**Workers' compensation**
We won't cover any obligation you may have under a workers' compensation claim or similar law.

**Personal and advertising injury**
We don't provide this coverage to marketing or PR professionals, research consultants, graphic designers, lawyers, recruiters, real estate agents/brokers or property managers. However, this coverage is available as part of our Professional Liability Policy.

## Common claims examples

**Bodily injury** — A client falls over your bag and you are legally liable for the injury. We will cover the subsequent claim and related medical expenses up to your limits of liability.

**Property damage and data loss** — You spill coffee on a client's server causing damage and loss of data. We will cover the subsequent claim up to your limits of liability.

**Personal injury** — One of your employees is at lunch. He talks to the owner of the shop about one of your clients in a false and unflattering way. The client learns of this discussion and sues for slander. We will cover the subsequent claim, up to your limits of liability, and pay for an attorney to defend you if necessary.

Coverage summaries, descriptions, and claims examples are provided for illustrative purposes only and are subject to the applicable policy limits, deductibles, exclusions, terms, and conditions. Not all insurance products and services are available in all states. Hiscox recommends you read the policy documents to learn the full details of coverage.

Underwritten by Hiscox Insurance Company Inc., 104 South Michigan Avenue, Suite 600, Chicago, IL 60603, as administered by Hiscox Inc., a licensed insurance provider in all states and DC.



Hiscox Insurance Company Inc.

# Your Insurance documents

Enclosed you will find the policy documents that make up your insurance contract with us.

Please read through all of these documents. If you have any questions or need to update any of your information please call us at 888-202-3007 (Mon-Fri, 7am-10pm EST).

Si tiene alguna pregunta o necesita actualizar su información, por favor llámenos al 1-855-744-2300 (Horario de Lunes – Viernes, 9am – 10pm ET).

## Your insurance documents

**Declarations Page**
This contains specific policy information, such as the limits and deductibles you have selected.

**Policy Wording**
This details the terms and conditions of your coverage, subject to policy endorsements.

**Endorsements**
These documents modify the Policy Wording or Declarations Page. These include relevant terms and conditions as required by your state and are part of your policy.

**Notices**
These documents provide information that may affect your coverage such as optional terrorism coverage (if purchased) and other important items required by your state.

**Application Summary**
This is a summary of the information that you provided to us as part of your application. Please review this document and let us know if any of the information is incorrect.

## Reporting a claim

Please inform us immediately if you have a claim or loss to report. Please have your policy number available so we can handle your call quickly.

**Email:** reportaclaim@hiscox.com

**Phone:** 866-424-8508

**Mail:**    Attn: Direct Claims
Hiscox
5 Concourse Parkway - Suite 2150
Atlanta GA, 30328

Docusign Envelope ID: B3BB845D-DAB2-4946-9421-46B2E9E2A26F

**Hiscox Insurance Company Inc.**



# COMMERCIAL GENERAL LIABILITY  COVERAGE FORM

## TABLE OF CONTENTS

**SECTION I – COVERAGES**
COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY
COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY
COVERAGE C - MEDICAL PAYMENTS
SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**SECTION II – WHO IS AN INSURED**

**SECTION III – LIMITS OF INSURANCE**

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**SECTION V – DEFINITIONS**

Docusign Envelope ID: B3BB845D-DAB2-4946-9421-46B2E9E2A26F



# Declarations Page



**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

# Commercial General Liability Declarations

**In return for the payment of the premium, and subject to all the terms of this Policy, we agree with you to provide the insurance as stated in this Policy.**

Policy No.:    UDC-5037253-CGL-21

Named Insured:    Unique Way Of Life LLC

Address:    1200 5th Ave S
Suite 123
Naples, FL 34102

Policy period:    From: December 15, 2021    To: December 15, 2022

At 12:01 A.M. (Standard Time) at the address shown above.

Form of Business:    Limited Liability Company

Each Occurrence Limit:    $1,000,000

   Damage to Premises Rented to You Limit:    $100,000    Any one premises

   Medical Expense Limit:    $5,000    Any one person

Personal & Advertising Injury Limit:    $1,000,000    Any one person or organization

General Aggregate Limit:    $2,000,000

Products/Completed Operations
Aggregate Limit:    Products-completed operations are subject to the General Aggregate Limit

Supplemental Business Personal Property Floater
Coverage Limit:    $25,000

Supplemental Business Personal Property Floater
Coverage Deductible:    $500

All Premises You Own, Rent or Occupy

   Premises Number:    1

   Address:    1200 5th Ave S
Suite 123
Naples, FL 34102

**Total Premium:**    ▉▉▉▉▉▉▉▉

**Attachments:**    See attached Forms and Endorsements Schedule.



**HISCOX INSURANCE COMPANY INC. (A Stock Company)**

104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

IN WITNESS WHEREOF, the Insurer indicated above has caused this Policy to be signed by its President and Secretary, but this Policy shall not be effective unless also signed by the Insurer's duly authorized representative.

President

Secretary

Authorized Representative



**HISCOX INSURANCE COMPANY INC. (A Stock Company)**
104 South Michigan Avenue, Suite 600, Chicago, Illinois 60603

# Forms and Endorsements Schedule

Forms and Endorsements made part of this policy at time of issue:

CGL D001 01 10 - Commercial General Liability Declarations
CG 00 01 12 07 - General Liability Coverage Form
CGL E5421 CW (02/14) - Additional Insured - Automatic Status
CGL E5581 CW (03/16) - Primary and Noncontributory - Other Insurance Condition
CGL E5409 CW (03/10) - Right and Duty to Select Defense Counsel
CGL E5404 CW (03/10) - Exclusion - Personal Information
CGL E5408 CW (03/10) - Cancellation Provision (14 Day Full Refund)
CGL E5403 CW (03/10) - Notice Information
CGL E5401 CW (03/10) - Definition of Employee
CGL E5445 CW (01/16) - Exclusion - Designated Professional Services
IL 00 21 09 08 - Nuclear Energy Liability Exclusion Endorsement (Broad Form)
IL 00 17 11 98 - Common Policy Conditions
CG 21 41 11 85 - Exclusion - Intercompany Products Suits
CG 00 68 05 09 - Recording and Distribution of Material or Information in Violation of Law Exclusion
CG 02 20 12 07 - Florida Changes - Cancellation and Nonrenewal
CGL E5402 CW (03/10) - Modified Waiver of Transfer of Rights of Recovery Against Others To Us
INT E9995 FL (08/21) - FLORIDA ADDENDUM TO THE DECLARATIONS
CG 21 70 01 15 - Cap On Losses From Certified Acts Of Terrorism
IL 09 85 01 15 - Disclosure Pursuant To Terrorism Risk Insurance Act
CGL E5420 CW (01/14) - Supplemental Business Personal Property Floater Coverage
CGL N001 FL (03/10) - Commercial General Liability Coverage Form Table Of Contents
INT N001 CW (01/09) - Economic And Trade Sanctions Policyholder Notice
INT N0009 FL (12/18) - Policyholder Notice - Florida Electronic Delivery Disclosure

Docusign Envelope ID: B3BB845D-DAB2-4946-9421-46B2E9E2A26F



# Policy Wording



# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2006

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© ISO Properties, Inc., 2006

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

                © ISO Properties, Inc., 2006                       □

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## COVERAGE C MEDICAL PAYMENTS

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

## 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

© ISO Properties, Inc., 2006    CG 00 01 12 07    □

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

    (1) How, when and where the "occurrence" or offense took place;

    (2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© ISO Properties, Inc., 2006

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2006

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2006

CG 00 01 12 07    □



# Endorsements



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:   UDC-5037253-CGL-21
Endorsement Effective:   Unique Way Of Life LLC
1
December 15, 2021

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – AUTOMATIC STATUS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.  Section II – Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) for whom you are performing operations or leasing a premises when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy.  Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1.  In the performance of your ongoing operations; or

2.  In connection with your premises owned by or rented to you.

A person's or organization's status as an additional insured under this endorsement ends when your operations or lease agreement for that additional insured are completed.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-5037253-CGL-21
Endorsement Effective:    Unique Way Of Life LLC
2
December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**   The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary**:**

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy, provided:

1.   you have agreed in a written contract or agreement to add such additional insured to a policy providing the type of coverage afforded by this policy; and

2.   you have agreed in a written contract or agreement with such additional insured that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-5037253-CGL-21
Endorsement Effective:   Unique Way Of Life LLC
                         3
                         December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# RIGHT AND DUTY TO SELECT DEFENSE COUNSEL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In regard to any covered "suit" seeking damages under **Section I – COVERAGE A – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY** or **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**, our right and duty to defend shall include the right to select defense counsel.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-5037253-CGL-21
Endorsement Effective:    Unique Way Of Life LLC
4
December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **2. Exclusions** under **Section I – COV-
ERAGE A – BODILY INJURY AND PROPERTY
DAMAGE LIABILITY**, **COVERAGE B – PERSONAL
AND ADVERTISING INJURY LIABILITY**, and
**COVERAGE C – MEDICAL PAYMENTS** is
amended to include the following exclusion:

**Personal Information**
"Bodily injury", "property damage" or "personal and
advertising injury" caused by the insured's failure to
protect any non-public, personally identifiable infor-
mation in the insured's care, custody or control.

CGL E5404 CW (03/10)                                                                 Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:
Endorsement Effective:

UDC-5037253-CGL-21
Unique Way Of Life LLC
5
December 15, 2021

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CANCELLATION PROVISION
# (14 DAY FULL REFUND)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

All Coverage Parts included in this policy are subject to the following condition:

Notwithstanding anything in the "**COMMON POLICY CONDITIONS**" or any other cancellation provision to the contrary, if the first Named Insured cancels within 14 days of the inception of the policy period shown in the Declarations without there having been:  (i) an "occurrence" that caused "bodily injury" or "property damage"; (ii) an offense arising out of your business that caused a "personal and advertising injury"; or (iii) an accident that caused "bodily injury"; then we shall return in full any premium amount actually paid to us.  In such event, the effective date of cancellation shall be deemed to be the inception date of the policy period shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.


# HISCOX

**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:
Endorsement Effective:

UDC-5037253-CGL-21
Unique Way Of Life LLC
0
December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NOTICE INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Where To Send Notice | |
|---|---|
| Phone: | 866-424-8508 |
| Email: | reportaclaim@hiscox.com |
| Mail: | Hiscox |
| | 5 Concourse Parkway-Suite 2150 |
| | Attn: Direct Claims |
| | Atlanta GA, 30328 |

Subparagraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** in **Section IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended to include the following:

Any notification required by this policy shall be provided to us at the address listed in the above **SCHEDULE**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-5037253-CGL-21
Endorsement Effective:    Unique Way Of Life LLC
7
December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEFINITION OF EMPLOYEE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In **Section V – DEFINITIONS**, Definition 5. "Employee" is deleted and replaced with the following:

5.    "Employee" includes a "leased worker" and a "temporary worker".

CGL E5401 CW (03/10)                                                                                        Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Docusign Envelope ID: B3BB845D-DAB2-4946-9421-4BB2E9E2A26F



# HISCOX

**Hiscox Insurance Company Inc.**

**Policy Number:**
**Named Insured:**
**Endorsement Number:**   UDC-5037253-CGL-21
**Endorsement Effective:**   Unique Way Of Life LLC
                             8
                             December 15, 2021

<div align="center">

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

</div>

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART

<div align="center">

**SCHEDULE**

</div>

 "Professional Services":

                    Travel agency

Paragraph **2. Exclusions**  under **Section I –
COVERAGE A – BODILY INJURY AND PROPER-
TY DAMAGE LIABILITY**, and **COVERAGE B –
PERSONAL AND ADVERTISING INJURY
LIABILITY**, is amended to include the following
exclusion:

**Professional Services**

"Bodily injury", "property damage" or "personal and
advertising injury" caused by the rendering or failure
to render any "professional services."

This exclusion applies even if the claim or "suit"
alleges negligence or other wrongdoing in the super-
vision, hiring, employment, training or monitoring of
others by an insured, if the "occurrence" which
caused the "bodily injury" or "property damage", or
the offense which caused the "personal and advertis-
ing injury", involved the rendering or failure to render
any "professional services."

For purposes of this exclusion, "professional ser-
vices" means professional services and related ad-
vice customarily provided by an accountant, archi-
tect, engineer, attorney, insurance agent/broker,
investment or financial advisor, physician, surgeon,
dentist, or other healthcare provider, securities bro-
ker/dealer, real estate agent/broker, surveyor, or
inspector, or any other services identified as "profes-
sional services" in the Schedule above.

CGL E5445 CW (01/16)

Page 1 of 1

<div align="center">

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

</div>



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:    UDC-5037253-CGL-21
Endorsement Effective:    Unique Way Of Life LLC
                          9
                          December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1.  The insurance does not apply:

    **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

        **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

    **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    © ISO Properties, Inc., 2007

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007


**HISCOX**

**Hiscox Insurance Company Inc.**

| | |
|---|---|
| Policy Number: | |
| Named Insured: | UDC-5037253-CGL-21 |
| Endorsement Number: | Unique Way Of Life LLC |
| Endorsement Effective: | 10 |
| | December 15, 2021 |

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

Copyright, Insurance Services Office, Inc., 1998

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Docusign Envelope ID: B3BB845D-DAB2-4946-9421-46B2E9E2A26F



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-5037253-CGL-21
Endorsement Effective:   Unique Way Of Life LLC
                         11
                         December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to any claim for dam-
ages by any Named Insured against another Named
Insured because of "bodily injury" or "property dam-
age" arising out of "your products" and included
within the "products-completed operations hazard."

---

**CG 21 41 11 85**          Copyright, Insurance Services Office, Inc.,  1984          **Page 1 of 1**

Docusign Envelope ID: B3BB845D-DAB3-4946-9421-4EB2E9E2A26F



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-5037253-CGL-21
Endorsement Effective:    Unique Way Of Life LLC
                          12
                          December 15, 2021

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:   UDC-5037253-CGL-21
Endorsement Effective:   Unique Way Of Life LLC
                          13
                          December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

  © ISO Properties, Inc., 2007

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

            © ISO Properties, Inc., 2007            **CG 02 20 12 07**



**HISCOX**

**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:   UDC-5037253-CGL-21
Endorsement Effective:   Unique Way Of Life LLC
14
December 15, 2021

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# MODIFIED WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

You may waive your rights against another party so long as you do so in writing prior to: (i) an offense arising out of your business that caused a "personal and advertising injury"; or (ii) an "occurrence" that caused "bodily injury" or "property damage".

CGL E5402 CW (03/10)                                                                 Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Docusign Envelope ID: B3BB845D-DAB2-4046-9421-46B2E9E2A26F

# HISCOX

**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:
Endorsement Effective:

UDC-5037253-CGL-21
Unique Way Of Life LLC

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

December 15, 2021

---

### FLORIDA ADDENDUM TO THE DECLARATIONS

If you have questions about your insurance policy, or questions about claims relating to your insurance policy, please contact your insurer at the following:

**5 Concourse Parkway**
Suite 2150
Atlanta GA, 30328

Claims Assistance:  1-866-424-8508

Policy Assistance and General Information:  1-855-941-3304

INT E9995 FL (08/21)



**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:  UDC-5037253-CGL-21
Endorsement Effective:  Unique Way Of Life LLC
16
December 15, 2021

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015



**HISCOX**                                                    **Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number:     UDC-5037253-CGL-21
Endorsement Effective:  Unique Way Of Life LLC
                        17
                        December 15, 2021

### THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

## SCHEDULE

| SCHEDULE – PART I |
| --- |
| **Terrorism Premium (Certified Acts) $** <br> **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** <br><br> 9.00 <br><br><br><br><br><br> **Additional information, if any, concerning the terrorism premium:** <br><br> |
| **SCHEDULE – PART II** <br> **Federal share of terrorism losses 85% year 2015; 84% year 2016; 83% year 2017; 82% year 2018; 81% year 2019 and 80% year 2020.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

    © Insurance Services Office, Inc., 2015    **IL 09 85 01 15**

 **HISCOX**

**Hiscox Insurance Company Inc.**

Policy Number:
Named Insured:
Endorsement Number: UDC-5037253-CGL-21
Endorsement Effective: Unique Way Of Life LLC
18
December 15, 2021

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SUPPLEMENTAL BUSINESS PERSONAL PROPERTY FLOATER COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The terms and conditions of the Commercial General Liability Form and the following terms and conditions all apply to this Coverage.  Words and phrases that appear in quotes are defined in the Commercial General Liability Form or this form and are given their defined meaning.

## SCHEDULE

| Limit of Insurance (per "occurrence") | Deductible (per "occurrence") |
|---|---|
| $ 25,000 | $ 500 |

**COVERAGE D – SUPPLEMENTAL BUSINESS PERSONAL PROPERTY COVERAGE FLOATER**

**1.  Insuring Agreement – WHAT WE COVER**

We will pay for direct physical loss or damage to "computer equipment" or "contents" caused by an "occurrence".

**2.  What We Will Pay**

If you have first paid the deductible stated in the Schedule, we will pay the following amounts up to the Limit of Insurance stated in the Schedule. Loss or damage to  "contents" and  "computer equipment" away from the premises shall be subject to a sublimit of $ 2,500.00 which shall be part of, and not in addition to the Limit of Insurance shown in the Schedule.

**a.**  For loss or damage to "computer equipment" or "contents" you own, we will pay the lesser of:

**(1)**  the cost to repair the "computer equipment" and "contents"; or

**(2)**  the "replacement cost" of the "computer equipment" and "contents".

**b.**  For loss or damage to "computer equipment" or "contents" you do not own that are in your care, custody or control, we will pay the least of:

**(1)**  the cost to repair the "computer equipment" and "contents";

**(2)**  the "replacement cost" of the "computer equipment" and "contents"; or

CGL E5420 CW (01/14)  Page 1 of 2

**(3)** the amount for which you are legally liable for the "computer equipment" and "contents".

If the lowest amount is "replacement cost", we will pay the "actual cash value" as of the date of loss and then pay the difference between "actual cash value" and "replacement cost" if you replace the "computer equipment" or "contents" within one year from the date of the "occurrence".

**3. Exclusions – What We Do Not Cover**

**a.** We will pay only for loss or damage to the "computer equipment" or "contents" themselves. We will not pay for any loss or damage caused by or ensuing from loss or damage to "computer equipment" or "contents", including without limitation:

**(1)** personal injury;

**(2)** property damage to property other than "computer equipment" or "contents";

**(3)** loss of or damage to electronic data, applications or systems; or

**(4)** economic loss or damage, including loss of use, loss of market or business interruption.

**b.** We will not pay for loss or damage to "computer equipment" attributable solely to wear and tear, deterioration or inherent fault.

**DEFINITIONS**

**1.** "Actual cash value" means the fair market value of the lost or damaged property as of the date of the "occurrence" taking into account deterioration, depreciation and obsolescence.

**2.** "Computer equipment" means the following equipment used primarily in your business:

**a.** hardware capable of accepting information, processing it according to a plan, and producing the desired results (including without limitation desktop and laptop computers, electronic tablets and mobile phones), as well as related peripheral equipment, including without limitation

printers, video display monitors, modems, surge protectors, keyboards, routers and servers;

**b.** air conditioning and fire protection equipment used exclusively in computer operations; and

**c.** telephone systems and their component parts that you own.

**3.** "Contents" means all business personal property used primarily in your business.

**4.** "Replacement cost" means the cost to replace lost or damaged property with property of like kind, quality and utility, without deduction for deterioration, depreciation or obsolescence. Replacement cost will be valued as of the date of the "occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



# Notices

# HISCOX

**Hiscox Insurance Company Inc.**

## ECONOMIC AND TRADE SANCTIONS POLICYHOLDER NOTICE

Hiscox is committed to complying with the U.S. Department of Treasury Office of Foreign Assets Control (OFAC) requirements. OFAC administers and enforces economic sanctions policy based on Presidential declarations of national emergency.  OFAC has identified and listed numerous foreign agents, front organizations, terrorists, and narcotics traffickers as Specially Designated Nationals (SDN's) and Blocked Persons.  OFAC has also identified Sanctioned Countries.  A list of Specially Designated Nationals, Blocked Persons and Sanctioned Countries may be found on the United States Treasury's web site http://www.treas.gov/offices/enforcement/ofac/.

Economic sanctions prohibit all United States citizens (including corporations and other entities) and permanent resident aliens from engaging in transactions with Specially Designated Nationals, Blocked Persons and Sanctioned Countries.  Hiscox may not accept premium from or issue a policy to insure property of or make a claim payment to a Specially Designated National or Blocked Person.  Hiscox may not engage in business transactions with a Sanctioned Country.

A Specially Designated National or Blocked Person is any person who is determined as such by the Secretary of Treasury.

A Sanctioned Country is any country that is the subject of trade or economic embargoes imposed by the laws or regulations of the United States.

In accordance with laws and regulations of the United States concerning economic and trade embargoes, this policy may be rendered void from its inception with respect to any term or condition of this policy that violates any laws or regulations of the United States concerning economic and trade embargoes including, but not limited to the following:

(1) Any insured under this Policy, or any person or entity claiming the benefits of such insured, who is or becomes a Specially Designated National or Blocked Person or who is otherwise subject to US economic trade sanctions;

(2) Any claim or suit that is brought in a Sanctioned Country or by a Sanctioned Country government, where any action in connection with such claim or suit is prohibited by US economic or trade sanctions;

(3) Any claim or suit that is brought by any Specially Designated National or Blocked Person or any person or entity who is otherwise subject to US economic or trade sanctions;

(4) Property that is located in a Sanctioned Country or that is owned by, rented to or in the care, custody or control of a Sanctioned Country government, where any activities related to such property are prohibited by US economic or trade sanctions; or

(5) Property that is owned by, rented to or in the care, custody or control of a Specially Designated National or Blocked Person, or any person or entity who is otherwise subject to US economic or trade sanctions.

Please read your Policy carefully and discuss with your broker/agent or insurance professional.  You may also visit the US Treasury's website at http://www.treas.gov/offices/enforcement/ofac/.



**Policyholder Notice - FLORIDA
Electronic Delivery Disclosure**

**Electronic Delivery Disclosure**

You are currently receiving electronic delivery of your insurance policy and related documents to the email address you provided to us.

Pursuant to Section 627.421(1), Florida Statutes, if you communicate to us, in writing or electronically, that you do not agree to delivery by electronic means, at your request, you may receive a paper copy of the policy via United States mail.

In the event that your email address should change, it is your responsibility to provide us with an updated electronic mail address as soon as practicable. You may update your information by calling 888-202-3007.



# Application Summary



**Hiscox Insurance Company Inc.**

# Application Summary

The following outlines the details you have given us about your business. We have relied on the accuracy of this information in order to issue your policy. If any of the items below are incorrect or have changed, please call us at 888-202-3007 so that we can update your policy details.

## Your policy

| | |
|---|---|
| Policy number: | UDC-5037253-CGL-21 |
| Quote reference number: | 11916821 |
| Product: | Commercial General Liability |
| Business name: | Unique Way Of Life LLC |
| Business address: | 1200 5th Ave S Suite 123 |
| City: | Naples |
| State: | FL |
| Zip code: | 34102 |
| County: | Remainder of State |
| Name: | Cody Knight |
| Email address: | triketoursusa@gmail.com |
| Telephone number: | 239-317-9558 |
| Per occurrence limit of liability: | $ 1,000,000 |
| When would you like your policy to start? | December 15, 2021 |

## Your business

| | |
|---|---|
| What is your primary type of business? | Travel Agency |
| Your business's ownership structure (please select one). | Limited Liability Company |
| Do you currently have an insurance policy in effect for the coverage requested? | No |
| Including yourself, how many full-time, part-time, and temporary employees does your business have? (Do not include subcontractors.) | 1-4 |
| Is your business operated out of your home? | No |
| Other than the business address provided above, how many additional locations does your business own or rent? | 0 |
| Address: | Not Applicable |
| Approximately how many square feet does your business occupy at this location? | 400 |



**Hiscox Insurance Company Inc.**

| | |
|---|---|
| Do you or your business supply, manufacture, or distribute any tangible goods or products? Note: Brochures, documents and reports are not considered as tangible goods. | No |
| Does your business perform any design, construction, installation, removal, or physical repair of any property or tangible good? | No |
| For the next 12 months, what is your estimated payroll expense for yourself, your full-time, part-time, and temporary employees? (Do not include subcontractors.) | $ 40,000.00 |
| Does your business use rented or non-owned vehicles (e.g. an employee's car) for business purposes? | No |

## Statements About Your Business

| | |
|---|---|
| As the individual completing this transaction, you are authorized to purchase and bind this insurance on behalf of the entity applying for coverage. | I have read and agree |
| Your business is not controlled or owned by any other firm, corporation, or entity. | I have read and agree |
| For the entire period of time that you have owned and controlled the business, you have not sold, purchased or acquired, discontinued, merged into or consolidated with another business. | I have read and agree |
| Your business has never had any commercial insurance cancelled or rescinded. | I have read and agree |

## Business Activities

| | |
|---|---|
| Your Business does not conduct any of the following activities:<br>• Automotive repair or sales<br>• Food service/restaurant operations<br>• Medical services<br>• Retail operations<br>Note: This does not include the activities of your clients in any of these industries | I have read and agree |

## Claims and Loss History

| | |
|---|---|
| Based upon your knowledge and the knowledge of your business's current and past partners, officers, directors and employees, during the last five years a third party has never made a claim against your business and you do not know of any reason why someone may make a claim. | I have read and agree |



**Hiscox Insurance Company Inc.**

## General Liability

The limits of liability represent the total amount available to pay judgments and settlements for any claims. We are not liable for any amounts that exceed these limits.

If coverage is provided, it shall apply only to occurrences that take place during the policy period.

Judgments, settlements and claims expenses incurred are subject to a deductible amount. The deductible is the amount you must pay before we will make any payments under the policy. Some coverage may not be subject to a deductible, in which case you are not required to make payments before any payments are made under the policy. Please consult the policy language for details.

If you have knowledge of any circumstance that may lead to a loss or a claim being made against you, coverage will be excluded if such loss occurs or claim is made.

Occurrences that took place prior to the inception of the policy are excluded.

## Other information

**Fraud Warning**
Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

| | |
|---|---|
| **Optional Terrorism coverage**<br>You have elected to purchase optional terrorism coverage. | Yes |
| **Optional Waiver of Subrogation**<br>You have elected to purchase a Waiver of Subrogation. | Yes |
| **Optional Primary and Noncontributory endorsement**<br>You have elected to purchase an optional Primary and Noncontributory endorsement. | Yes |
| You have confirmed that you agree with the General Statements provided. | Yes |
| **Optional Non-Owned Auto Liability coverage**<br>You have declined to purchase Non-Owned Auto Liability coverage. | Yes |
| I agree to accept delivery of the insurance policy and related documents via email to the address provided to Hiscox and agree to consent to electronic transactions. | Yes |
| I have read the information above and confirm it is all correct. I understand that by checking this box I am agreeing to enter into a binding agreement with Hiscox Insurance. | Yes |
| **Optional Business Personal Property Coverage**<br>You have elected to purchase optional business personal property and equipment coverage: | Yes |



**Hiscox Insurance Company Inc.**

| Producer name: | Hiscox Inc. |
|---|---|
| Producer license number: | L036298 |

**Exhibit
A**

| Quantity | Business Property | Total Price | Purchased at? |
|---|---|---|---|
| 22 | Electric Trikes | $16,808.66 | Wellsmove |
| 1 | Speicalized Electric Bike | $3,919.20 | Crankworks Bicycles |
| 1 | Speicalized Electric Bike | $3,745.00 | Big Wheel Cycles |
| 2 | Canary Camera | $532.86 | Amazon |
| 4 | Power Bars | $117.64 | Amazon |
| 1 | Mini Fridge | $250.40 | Amazon |
| 1 | Microwave | $123.04 | Amazon |
| 1 | Bean Bag Chair | $118.76 | Amazon |
| 1 | iPad & Case | $331.68 | Amazon |
| 1 | iPad & Case | $463.64 | Amazon |
| 2 | Metal Signs | $112.55 | Vistaprint |
| 1 | Rack Cards | $189.43 | Vistaprint |
| 1 | Marketing Materals | $269.32 | Vistaprint |
| 1 | Marketing Materals | $969.66 | Vistaprint |
| 1 | Marketing Materals | $834.96 | Vistaprint |
| 2 | Electric Scooter Tires | $167.94 | Amazon |
| 2 | Bike Baskets | $96.08 | Amazon |
| 4 | Apple AirTags | $95.23 | Amazon |
| 1 | Frosted Glass Adhesive | $10.42 | Amazon |
| 1 | Clear Plastic Box | $17.11 | Amazon |
| 1 | Tip Stickers | $10.37 | Amazon |
| 1 | Tip Jar & Stickers | $39.56 | Amazon |
| 12 | Apple AirTag Cases | $118.61 | Amazon |
| 2 | Tool Tray | $22.21 | Amazon |
| 2 | Pylons | $106.99 | Amazon |
| 1 | Peg Board | $11.26 | Amazon |
| 1 | Peg Board Hooks & Accessories | $18.18 | Amazon |
| 1 | Paddle Board Paddle | $80.20 | Amazon |
| 4 | Apple AirTags | $94.15 | Amazon |

| | | | |
|---|---|---|---|
| 1 | Bike Cleaning Kit | $26.74 | Amazon |
| 1 | Fan | $95.16 | Amazon |
| 1 | Magnetic Tray | $9.08 | Amazon |
| 1 | Acryllic Brochure Holder | $28.88 | Amazon |
| 3 | Apple AirTags | $88.28 | Amazon |
| 6 | Electric Scooter Tires | $501.82 | Amazon |
| 5 | Plastic Key Tags | $58.80 | Amazon |
| 10 | Helmets | $319.40 | Amazon |
| 2 | 3-Tier Acryllic Brochure Holder | $64.18 | Amazon |
| 2 | Extension Cords | $37.52 | Amazon |
| 2 | Shelf | $139.08 | Amazon |
| 2 | Canary Cameras & Mounts | $431.92 | Amazon |
| 1 | Island Hopper Red Shark | $2,086.49 | Amazon |
| 1 | Makita Air Compressor & Accessories | $279.34 | Amazon |
| 1 | Shark Vacuum | $192.59 | Amazon |
| 1 | First Aid Kit | $113.37 | Amazon |
| 10 | Helmets | $267.39 | Amazon |
| 1 | Tools | $440.05 | Amazon |
| 2 | Cameras | $295.28 | Amazon |
| 3 | Cameras | $351.09 | Amazon |
| 10 | Helmets | $427.89 | Amazon |
| 6 | Bike Lights | $92.45 | Amazon |
| 18 | Helmets | $478.32 | Amazon |
| 4 | Bote Paddle Boards | $1,900.32 | Amazon |
| 4 | Tommy Bahama Beach Chairs | $307.96 | Amazon |
| 2 | Umbrellas | $124.08 | Amazon |
| 7 | Elide Fire Ball & Equipment | $866.99 | Amazon |
| 12 | Helmets & Rack | $497.87 | Amazon |
| 4 | Bote Paddle Boards | $1,996.00 | Amazon |
| 8 | Life Jackets | $853.85 | Amazon |
| 2 | Inflatable Kayak | $348.05 | Amazon |

| 2 | Segway eMoped C80s | $4,429.78 | Segway |
|---|---|---|---|
| 2 | Segway eMoped C80s & speaker | $4,868.47 | Segway |
| 2 | Segway eMoped C80s | $4,707.98 | Segway |
| 2 | Segway eMoped C80s | $4,614.08 | Segway |
| 1 | Segway eMoped C80 | $2,020.79 | Segway |
| 1 | Segway eMoped C80 | $2,353.99 | Segway |
| 1 | Ninebot S Max | $1,016.49 | Segway |
| 5 | Segway Ninebot S | $2,888.95 | Segway |
| 5 | Segway Ninebot S | $2,888.95 | Segway |
| 5 | Segway Ninebot S | $2,139.95 | Segway |
| 5 | Segway Ninebot S | $2,784.95 | Segway |
| 1 | Segway Ninebot S | $524.29 | Segway |
| | | | |
| | | **$78,634.02** | |

**Exhibit
B**

Docusign Envelope ID: B3BB845D-DAB2-4946-9421-46B2E9E2A26F

# Davies

December 21, 2022

**Via email only:** triketoursusa@gmail.com

Unique Way of Life LLC
Attn: Cody Knight
1200 5th Ave. S Suite 123
Naples, FL 34102

<div style="margin-left:2em">

| Re: | Insured: | **Unique Way of Life LLC** |
|-----|----------|---------------------------|
|     | Claimant: | **Tin City Waterside Shops** |
|     | Policy No.: | **UDC-5037253-CGL-21** |
|     | Date of Loss: | **October 08,2022** |
|     | Policy Period: | **December 15, 2021 – December 15, 2022** |
|     | Hiscox Ref. No.: | 184038550 |

</div>

Dear Mr. Knight:

The Littleton Group, a Davies Company, is a third-party claims administrator for Hiscox Insurance Company Inc. ("Hiscox").  This letter responds to the October 11, 2022 First Notice of Loss (FNOL) notification of an incident that a fire has damaged property and business personal property, suspected by an electric bike's lithium battery overheating. We have now concluded our initial analysis of this matter under the December 15,2021 – December 15,2022 Commerical General Liability Policy No. UDC-5037253-CGL-21 issued by Hiscox Insurance Company Inc. to Unique Way of Life LLC. Hiscox must respectfully decline coverage for the reasons set forth below.

In light of our determination, please notify any and all other insurance carriers with whom you have an insurance policy of this matter. Additionally, you should consult with legal counsel to protect your interests.

This correspondence is directed to you in your capacity as the authorized representative of Unique Way of Life LLC for insurance coverage purposes.  If you are no longer authorized to represent Unique Way of Life LLC, please direct a copy of this letter to the appropriate individual(s) and immediately let me know the name of the correct representative.

This letter includes Hiscox's current understanding of this matter. This understanding and analysis are based on the allegations, and not on any assumptions that the allegations are valid or true. If you believe there are additional facts that could alter Hiscox's analysis, please provide us with that information. Should you receive an amended lawsuit, please forward it to my attention to evaluate for coverage as it could impact our coverage position.

---

**Exhibit
C**

## Our Understanding of the Matter

Our insured Cody Knight, operates under Unique Way of Life LLC the business occupation is a travel agency. Unique Way of Life LLC also conducts business as Trike Tours USA as a tourist company that rents electric trikes for local tours. A recent storm caused a flood with storm surge, caused the batteries of the electrical trikes to be completed submerged. One of the trike's batteries was compromised & failed causing it to overheat & catch on fire. The fire caused smoke damage and water damage from sprinklers, caused structural damage to 3-4 other business units at Tin City Waterside Shops along with Cody Knight's personal business property. The insured is conducting business under Trike Tours USA for the trike tours is outside of the insured scope of work as a travel agency. The General Liability Policy does not afford coverage for this loss.  Please see the policy language below.

## The Policy

The terms that appear in "quotes" in the remainder of this correspondence are defined terms in the Policy. Please read your Policy carefully and consult your insurance advisor about any questions you might have.  Nothing in this letter shall be construed to change any of the terms and conditions as set forth in the Policy, which shall control in all circumstances.

Subject to all terms and conditions, the Policy provides certain Commercial General Liability insurance coverage to Unique Way of Life LLC and those individuals and entities that qualify as an "insured" under the Policy. The Policy has a policy period of December 15, 2021 to December 15, 2022 and has a $1,000,000 Each Occurrence Limit $2,000,000 General Aggregate Limit, subject to no deductible with a Business Personal Property floater of $25,000 subject to a $500 deductible

## Coverage Analysis - Declination

The Insuring Agreement of Section I Coverage A Bodily Injury And Property Damage Liability provides, in pertinent part, that that we will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" to which this insurance applies. Section 1.b. provides, in pertinent part, that the insurance applies to "property damage" only if it is caused by an "occurrence" that takes place in the "coverage territory" during the policy period.

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

6. **Representations**-By accepting this policy, you agree:
      a. The statements in the Declarations are accurate and complete;
      b. Those statements are based upon representations you made to us; and
      c. We have issued this policy in reliance upon your representations.

## Conclusion

Based on the above analysis, Hiscox respectfully must decline coverage for this matter. We regret to advise of our present conclusion and ask that you contact us if you believe that we have failed to consider any additional facts that may be material to our analysis, as we would be pleased to give them full and prompt consideration upon receipt.

If you would like to discuss any aspect of this letter, please do not hesitate to contact me. In order to help expedite our handling of this claim, please include our assigned reference number 184038550 on all future correspondence.

Sincerely,

*Priscilla Martinez*

THE DAVIES GROUP - U.S. CLAIMS SOLUTIONS

Priscilla Martinez
Commercial General Liability Adjuster
Direct:  (210) 504-4443
Priscilla.Martinez@Davies-Group.com

CC:  Craig Ekonomas, property manager Tin City Waterside Shop via email only
cekonomas@gmail.com



**Exhibit D**

Pablo A. Diaz de la Rocha
*Hiscox*
1001 Brickell Bay Drive, Suite 1804
Miami, FL 33131

T +1 305 722-3748
E pablo.diazdelarocha@hiscox.com

June 29, 2024

**Via email only:** triketoursusa@gmail.com

Unique Way Of Life LLC
Attn: Cody Knight
1200 5th Ave S Suite 123
Naples, FL 34102

<div align="center">

**NOTICE OF POLICY RESCISSION
COVERAGE DECLINATION**

</div>

| | | |
|---|---|---|
| **Re:** | **Policy Holder:** | Unique Way Of Life LLC |
| | **Claimant:** | Unique Way Of Life LLC, et. al. |
| | **Policy No.:** | UDC-5037253-CGL-21 |
| | **Policy Period:** | December 15, 2021, to December 15, 2022 |
| | **Policy No.:** | P100.795.126.2 |
| | **Policy Period:** | December 15, 2022, to June 8, 2023 |
| | **Loss Location:** | 1200 Fifth Ave S, Suite 123, Naples, FL |
| | **Date Claim Reported:** | October 8, 2022 |
| | **Hiscox Claim No.:** | 184038550 |

<u>**THIS IS A DISCLAIMER OF COVERAGE AND NOTICE OF RESCISSION LETTER – PLEASE CAREFULLY REVIEW**</u>

Dear Mr. Knight:

Thank you for the submission of the above-referenced notification to Hiscox Insurance Company Inc. ("Hiscox") subscribing to policy UDC-5037253-CGL-21 as well as P100.795.126.2. We received the notification on October 11, 2022. We have now concluded our initial analysis of this matter under such Commercial General Liability Policies (the "Policies") issued by Hiscox to Unique Way Of Life LLC. This letter supplements and incorporates by reference the October 28, 2022 and December 21, 2022 coverage position letters previously sent to you, to the extent there is no conflict herein.

During our investigation, Hiscox uncovered material misrepresentations in your applications for such Policies. **<u>Because of such material misrepresentations, Hiscox is formally rescinding the Policies and they will be deemed void ab initio.</u>** Because the Policies are void, Hiscox also respectfully denies coverage for this matter. This letter outlines the bases for our decision to rescind and disclaim coverage.

**<u>Further, please consider this letter formal notice of Hiscox's rescission of the Policies. We will be returning your ▬▬▬▬ Policy Premiums on the account/card used as the method of payment.</u>**

This correspondence is directed to you in your capacity as the authorized representative of Unique Way Of Life LLC for insurance coverage purposes. If you are no longer authorized to represent Unique Way Of Life LLC, please direct a copy of this letter to the appropriate individual(s) and immediately let us know the name of the correct representative.

<u>**OUR UNDERSTANDING OF THE MATTER**</u>

This letter includes Hiscox's current understanding of this matter. Our understanding is based on the allegations, and not on any assumptions that the allegations are valid or true. If you are aware of any facts that could alter Hiscox's coverage position, please provide us with that information. We offer the following chronology:

Florida law requires us to advise that any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

On October 11, 2022, Hiscox received notice about a fire from Craig Ekonomas (the "Property Manager"). He reported that the lithium battery on an electric scooter's battery was suspected to have been the source of the ignition.

On October 12, 2022, Hiscox acknowledged receipt of the claim by sending a notification to Unique Way Of Life LLC.

On October 13, 2022, Adjuster Pricilla Martinez of Davies ("Davies") sent you a request for information in order to investigate the claim.

On October 18, 2022, Unique Way Of Life LLC stated the fire occurred on Friday, October 7, 2022 at 11:20 a.m. while Cody Knight ("Knight") was inside 1200 Fifth Ave S, Suite 123, Naples, FL (the "Premises"). Photos were included showing a sign from Trike Tours USA was operating at the Premises. The photos included a fire engine, multiple trike scooters, bicycles, and the general scene of the fire within the Premises. Knight indicated the electric scooter ["Electric Trike T2"] caught fire causing damage to the Premises.

On or about October 18, 2022, Davies asked Knight if  Trike Tours USA had its own insurance policy. Knight replied back saying that Unique Way of Life, LLC was operating at the Premises, and maintained a policy with Hiscox.

On October 25, 2022, Ekonomas provided the fire report confirming the loss happened on October 7, 2022. The Fire Department rendered an opinion about the cause of the fire.  In this regard, it stated, "after a recent storm, which flooded the structure and contents with it's storm surge, the batteries of the electrical trikes were completely submerged. One of the trikes battery had been compromised and failed, causing it to overheat and catch on fire".

On October 28, 2022, Davies issued a Reservation of Rights Letter to inform Knight that Hiscox continues to investigate the claim without waiving any of its coverage defenses in keeping with the provisions of the subject General Liability Policy.

On October 30, 2022, Davies received an email from Trike Tours USA that listed a total of $78,634.02 in damages to the business personal property at the Premises.

On November 8, 2022, Knight confirmed that his business Unique Way Of Life LLC provided tours as Trike Tours USA, which was a part of his Travel Agency business.  He explained that Unique Way Of Life LLC was doing business as Trike Tours USA.

On December 21, 2022, Davies issued a declination letter to Unique Way Of Life LLC, and to Craig Ekonomas.

On November 1, 2023, Unique Way Of Life LLC submitted a notice of intent to initiate litigation complaint to the Florida Department of Financial Services.

 **THE POLICIES**

Please read your Policies carefully and consult your insurance advisor about any questions you might have. Nothing in this letter changes any of the terms, conditions, endorsements, or exclusions as set forth in the Policies, which control in all circumstances.

| Policy Numbers | Policy Periods |
|---|---|
| UDC-5037253-CGL-21 | 12/15/2021 to 12/15/2022 |
| P100.795.126.2 | 12/15/2022 to 06/08/2023 |

Florida law requires us to advise that any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

As advised above, Hiscox issued consecutive Commercial General Liability insurance policies to Unique Way Of Life based on the representations in its application for insurance. The Commercial General Liability coverage form was CG 00 01 12 07. The Limits of Liability was $2,000,000 Each Occurrence and $2,000,000 General Aggregate Limit, Supplemental Business Property Personal Property Floater $25,000, which was subject to a $500.00 Deductible.

**THE POLICY APPLICATIONS**

Hiscox learned that Unique Way Of Life LLC made material misrepresentations on the applications for each of the Policies. We outline them as follows:

- Unique Way Of Life LLC advised that its primary type of business was a "Travel Agency," when it performed no such travel agency services;
- Unique Way Of Life LLC was operating its business as Trike Tours USA, which was not a disclosed entity;
- Unique Way Of Life LLC answered "No" when asked whether it performed any additional services apart from the primary service; and
- Importantly, Unique Way Of Life LLC answered "No" when asked if you or your business supply, manufacture, or distribute any tangible goods or products.

In fact at the time of the applications, Unique Way Of Life LLC was performing numerous, undisclosed services which were not within the scope of a travel agency. Unique Way Of Life LLC was supplying tangible goods (its Trikes) to the public while doing business as Trike Tours USA. Accordingly, Unique Way Of Life LLC made material misrepresentations when applying for insurance with Hiscox. **Because of the multiple misrepresentations, Hiscox is rescinding each of the Policies and they are void ab initio. Hiscox is herewith returning the premiums for these Policies, which no longer exist.**

**CONCLUSION**

Hiscox is rescinding the Policies based on material misrepresentations made in the applications, and they are void ab initio. Hiscox is herewith returning the premiums for these Policies, which are deemed to no longer exist. As such, Hiscox disclaims coverage for this entire matter and will not pay for any defense or indemnity for any open or future claim against Unique Way Of Life LLC.

If you would like to discuss any aspect of this letter, please do not hesitate to contact me. In order to help expedite our handling of this claim, please include our claim number 184038550 on all future correspondence.

Sincerely,

*Pablo Diaz de la Rocha*

Pablo Diaz de la Rocha
Senior Complex Claims Specialist
Hiscox USA
P: 305 722-3748
Pablo.DiazdelaRocha@hiscox.com

Florida law requires us to advise that any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.